IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:  Howard Mark Trout & Karen Sue Trout                                                          CASE NO: 3:05-bk-27185 E
                                                                                                                                        Chapter 13

NOTICE OF UNCLAIMED FUNDS
PURSUANT TO FRBP 3011

The undersigned trustee of the above styled estate states as follows for his report of unclaimed funds.

1. Ninety (90) days have elapsed since the final distribution of funds in this estate. The account of this estate reflects that the following amounts are still on deposit, which amounts represent payment mailed to the named payee.

| Court's Claim No: | Payee Name | Dividend Amount |
|---|---|---|
| 3 | Luetkemeyer Medical Imaging<br>1125 Herschel Bess Blvd Ste 4<br>Poplar Bluff, MO  63901 | $8.01 |
| Trustee's Claim No: | | |
| 20 | | |

Trustee's Canceled Check Number:  1346771

2. Payments have been stopped on the above listed check.

3. Pursuant to 11 U.S.C. §347 and Chapter 129 of Title 28, U.S.C. and FRBP 3011, a check has been tendered to "U.S. Bankruptcy Court Clerk" in the amount of $8.01. This amount should be deposited in the Federal Reserve for the benefit of the unclaimed dividend payee.

Date:  10/22/2009                                                   Respectfully Submitted,

                                                                              /s/  Mark T. McCarty
                                                                              
                                                                              Mark T. McCarty
                                                                              Standing Chapter 13 Trustee